# Exhibit A

Neurocognitive Evaluation
(Provisionally Filed Under Seal)