Dear Your Honor            6-24-25

My name is Anthony Reed I grew up on the west and southside my dad was not in my life like that growing up we was stuggles we was homeless sometimes and we had to stay with family members sleeping to couch to couch and I remember growing up I saw my best friend get shot one of my best friend got kilt so that mess my mind up growing up I be working pumbing gas to buy swach and stuff for the house hanging signs in the parks for the Aldger when my mom got sick it though my focus off I start going to the street more I start useing drugs Im sorry for taking from people who tryna support that family Im sorry to the court Im sorry to my family and to my son who I have not been around Im not asking for a snap on the rist but a reasoble sentence that will let me go back to my family I promist to use my time to try like to learn a trade contrastin.

                                                     Anthony Reed