

**Chicago Public School**
**High School Transcript of Student Progress**

Magic Johnson - Brainerd HS (9654)
8908 S ASHLAND
Chicago Illinois 60620-4952

Name: Reed, Anthony
CPS ID: 41874015
Born: 9/28/96
Freshman SY: 2011 - 12
Academic Plan: CPS General High School Plan 2005 to 2015

State SIS ID: 624890802
(M)

Guardian: Chestnut, Latasha (M) Date Graduated:
Address: ▮▮▮▮▮▮▮▮▮
Chicago Illinois 60620
( 1/17/2025 )

A MINIMUM OF 24 TOTAL CREDITS (DEFINED BELOW) IS REQUIRED FOR A CPS DIPLOMA

4 ENGLISH
3 MATHEMATICS
3 SCIENCE
3 SOCIAL SCIENCE
2 WORLD LANGUAGES

2 FINE ARTS
2 PHYSICAL ED OR ROTC
2 CAREER ED OR ROTC
3 ELECTIVES

NON-CREDIT REQUIREMENT - COMPLETED

40 HOURS OF SERVICE LEARNING CREDIT  0.00
DRIVER EDUCATION
CONSTITUTION (PL195)
CONSUMER EDUCATION

### FRESHMAN YEAR

| SEMESTER ENDING | DAYS ABSENT | TIMES TARDY | CLASS RANK |
|---|---|---|---|
| 01/2012 | 38.5 | 0.0 | 107 / 114 |
| CumGPA: 0.5714 | | Unweighted: 0.5714 | |
| 06/2012 | 38.0 | 0.0 | 110 / 118 |
| CumGPA: 0.6429 | | Unweighted: 0.6429 | |

**FIRST SEMESTER**

| LV | SUBJECT NAME | YR | SM | GRADE | CREDIT |
|---|---|---|---|---|---|
| R | English I R\|S1 | 1 | 1 | F | 0.0000 |
| R | Reading Workshop I R\|S1 | 1 | 1 | D | 0.5000 |
| R | World Studies R\|S1 | 1 | 1 | D | 0.5000 |
| R | Biology R\|S1 | 1 | 1 | F | 0.0000 |
| R | Algebra I Extended R\|S1 | 2 | 1 | D | 0.5000 |
| R | Algebra 1 R\|S1 | 3 | 1 | D | 0.5000 |
| R | Physical Education-Health I R\|S | 1 | 1 | F | 0.0000 |
| | SEM WEIGHTED GPA: 0.5714 | | | | 2.0000 |

**SECOND SEMESTER**

| LV | SUBJECT NAME | YR | SM | GRADE | CREDIT |
|---|---|---|---|---|---|
| R | English I R\|S2 | 1 | 2 | D | 0.5000 |
| R | Reading Workshop I R\|S2 | 1 | 2 | D | 0.5000 |
| R | World Studies R\|S2 | 1 | 2 | D | 0.5000 |
| R | Biology R\|S2 | 1 | 2 | F | 0.0000 |
| R | Algebra I Extended R\|S2 | 2 | 2 | D | 0.5000 |
| R | Algebra 1 R\|S2 | 3 | 2 | D | 0.5000 |
| R | Physical Education-Health I R\|S2 | 1 | 2 | F | 0.0000 |
| | SEM WEIGHTED GPA: 0.7143 | | | | 2.5000 |

### SOPHOMORE YEAR

| SEMESTER ENDING | DAYS ABSENT | TIMES TARDY | CLASS RANK |
|---|---|---|---|
| 01/2013 | 21.0 | 0.0 | 136 / 184 |
| CumGPA: 0.6316 | | Unweighted: 0.6316 | |

**FIRST SEMESTER**

| LV | SUBJECT NAME | YR | SM | GRADE | CREDIT |
|---|---|---|---|---|---|
| R | RS1 English II | 2 | 1 | B | 0.5000 |
| N | NS1 Public Law 195 Test | 1 | 1 | F | 0.0000 |
| R | RS1 United States History | 1 | 1 | F | 0.0000 |
| R | RS1 Chemistry | 1 | 1 | F | 0.0000 |
| R | RS1 Adv Algebra With Trigonom | 1 | 1 | F | 0.0000 |
| R | RS1 Intro to Hort Sci | 1 | 1 | F | 0.0000 |
| | SEM WEIGHTED GPA: 0.6000 | | | | 0.5000 |

**SECOND SEMESTER**

(blank)

### FRESHMAN YEAR

| SEMESTER ENDING | DAYS ABSENT | TIMES TARDY | CLASS RANK |
|---|---|---|---|
| 06/2013 | 34.0 | 0.0 | 152 / 188 |
| CumGPA: 0.5385 | | Unweighted: 0.5385 | |

**FIRST SEMESTER**

(blank)

**SECOND SEMESTER**

| LV | SUBJECT NAME | YR | SM | GRADE | CREDIT |
|---|---|---|---|---|---|
| R | RS2 English II | 2 | 2 | D | 0.5000 |
| R | RS1 Civics | 1 | 1 | F | 0.0000 |
| R | RS2 United States History | 1 | 2 | F | 0.0000 |
| R | RS2 Chemistry | 1 | 2 | D | 0.5000 |
| R | RS2 Adv Algebra With Trigonom | 1 | 2 | F | 0.0000 |
| R | RS2 Intro to Hort Sci | 1 | 2 | F | 0.0000 |
| R | RS2 Physical Education- II | 2 | 2 | F | 0.0000 |
| | SEM WEIGHTED GPA: 0.2857 | | | | 1.0000 |

CPS high schools offer various learning experiences. To better understand each individual high school, please visit the following website
http://www.cps.edu/Schools/High_schools/Pages/Highschools.aspx
Official transcripts are embossed with the school seal
Version: 2.9
(CONTINUED)
Page 1 of 3



**Chicago Public School**
**High School Transcript of Student Progress**

Magic Johnson - Brainerd HS (9654)
8908 S ASHLAND
Chicago Illinois 60620-4952

Name: Reed, Anthony
CPS ID: 41874015
Born: 9/28/96
Freshman SY: 2011 - 12
Academic Plan: CPS General High School Plan 2005 to 2015

State SIS ID: 624890802
(M)

Guardian: Chestnut, Latasha
Address: 8513 S LAFLIN ST 1FL
Chicago Illinois 60620

(1/17/2025)

(M) Date Graduated:

## SOPHOMORE YEAR

| SEMESTER ENDING | DAYS ABSENT | TIMES TARDY | CLASS RANK |
|---|---|---|---|
| 01/2014 | 49.0 | 0.0 | 161 / 161 |
| CumGPA: 0.4848 | | Unweighted: 0.4848 | |
| 06/2014 | 54.5 | 0.0 | 115 / 115 |
| CumGPA: 0.5385 | | Unweighted: 0.5385 | |

### FIRST SEMESTER

| LV | SUBJECT NAME | YR | SM | GRADE | CREDIT |
|---|---|---|---|---|---|
| R | RS1 English III | 3 | 1 | D | 0.5000 |
| R | RS1 Humanities Social Studies | 1 | 1 | F | 0.0000 |
| R | RS1 Physics | 1 | 1 | F | 0.0000 |
| R | RS1 Geometry | 1 | 1 | F | 0.0000 |
| R | RS1 Spanish I | 1 | 1 | F | 0.0000 |
| R | RS1 Art I | 1 | 1 | D | 0.5000 |
| R | RS1 JROTC-A Ldr Ed Trn I & HI | 0 | 1 | F | 0.0000 |
| | SEM WEIGHTED GPA: 0.2857 | | | | 1.0000 |

### SECOND SEMESTER

| LV | SUBJECT NAME | YR | SM | GRADE | CREDIT |
|---|---|---|---|---|---|
| R | RS2 English III | 3 | 2 | D | 0.5000 |
| R | RS2 Reading Workshop I | 1 | 2 | F | 0.0000 |
| R | RS2 Humanities Social Studies | 1 | 2 | F | 0.0000 |
| R | RS2 Physics | 1 | 2 | D | 0.5000 |
| R | RS2 Geometry | 1 | 2 | D | 0.5000 |
| R | RS2 Art I | 1 | 2 | C | 0.5000 |
| R | RS2 JROTC-A Ldr Ed Trn I & HI | 0 | 2 | F | 0.0000 |
| | SEM WEIGHTED GPA: 0.7143 | | | | 2.0000 |

## SOPHOMORE YEAR

| SEMESTER ENDING | DAYS ABSENT | TIMES TARDY | CLASS RANK |
|---|---|---|---|
| 01/2015 | 31.5 | 0.0 | / |
| CumGPA: 0.5641 | | Unweighted: 0.5641 | |

### FIRST SEMESTER

| LV | SUBJECT NAME | YR | SM | GRADE | CREDIT |
|---|---|---|---|---|---|
| R | RS1 Geometry | 1 | 1 | D | 0.5000 |
| | SEM WEIGHTED GPA: 1.0000 | | | | 0.5000 |

### SECOND SEMESTER

| LV | SUBJECT NAME | YR | SM | GRADE | CREDIT |
|---|---|---|---|---|---|

## SOPHOMORE YEAR

| SEMESTER ENDING | DAYS ABSENT | TIMES TARDY | CLASS RANK |
|---|---|---|---|
| 01/2016 | 15.0 | 0.0 | / |
| CumGPA: 0.5641 | | Unweighted: 0.5641 | |
| 06/2016 | 50.0 | 0.0 | 37 / 37 |
| CumGPA: 0.7949 | | Unweighted: 0.7949 | |

### FIRST SEMESTER

| LV | SUBJECT NAME | YR | SM | GRADE | CREDIT |
|---|---|---|---|---|---|
| | SEM WEIGHTED GPA: 0.0000 | | | | |

### SECOND SEMESTER

| LV | SUBJECT NAME | YR | SM | GRADE | CREDIT |
|---|---|---|---|---|---|
| R | RS1 United States History | 1 | 1 | B | 0.5000 |
| R | RS2 United States History | 1 | 2 | B | 0.5000 |
| R | RS1 Biology | 1 | 1 | B | 0.5000 |
| | SEM WEIGHTED GPA: 3.0000 | | | | 1.5000 |

## JUNIOR YEAR

| SEMESTER ENDING | DAYS ABSENT | TIMES TARDY | CLASS RANK |
|---|---|---|---|
| 01/2017 | 48.0 | 0.0 | 39 / 40 |
| CumGPA: 1.1250 | | Unweighted: 1.1250 | |
| 06/2017 | 12.0 | 0.0 | 37 / 46 |
| CumGPA: 1.6809 | | Unweighted: 1.6809 | |

### FIRST SEMESTER

| LV | SUBJECT NAME | YR | SM | GRADE | CREDIT |
|---|---|---|---|---|---|
| R | RS1 English I | 1 | 1 | B | 0.5000 |
| R | RS1 Language & Literacy I | 1 | 1 | B | 0.5000 |
| R | RS2 Career Development Study | 1 | 2 | B | 0.5000 |
| R | RS1 Physics | 1 | 1 | B | 0.5000 |
| R | RS1 Chemistry | 1 | 1 | B | 0.5000 |
| | SEM WEIGHTED GPA: 3.0000 | | | | 2.5000 |

### SECOND SEMESTER

| LV | SUBJECT NAME | YR | SM | GRADE | CREDIT |
|---|---|---|---|---|---|
| R | RS1 English IV | 4 | 1 | B | 0.5000 |
| R | RS2 English IV | 4 | 2 | B | 0.5000 |
| R | RS1 World Geography | 1 | 1 | B | 0.5000 |
| R | RS2 World Geography | 1 | 2 | B | 0.5000 |
| R | RS1 Spanish I | 1 | 1 | A | 0.5000 |
| R | RS2 Spanish I | 1 | 2 | A | 0.5000 |
| R | RS1 Spanish II | 2 | 1 | A | 0.5000 |
| R | RS2 Spanish II | 2 | 2 | A | 0.5000 |
| R | RS1 PE I-Health | 1 | 1 | B | 0.5000 |
| R | RS2 PE II | 2 | 2 | B | 0.5000 |
| | SEM WEIGHTED GPA: 3.4000 | | | | 5.0000 |

CPS high schools offer various learning experiences. To better understand each individual high school, please visit the following website
http://www.cps.edu/Schools/High_schools/Pages/Highschools.aspx
Official transcripts are embossed with the school seal
Version: 2.9
(CONTINUED)
Page 2 of 3



**Chicago Public School**
**High School Transcript of Student Progress**

Magic Johnson - Brainerd HS (9654)
8908 S ASHLAND
Chicago Illinois 60620-4952

Name: Reed, Anthony
CPS ID: 41874015
Born: 9/28/96
Freshman SY: 2011 - 12
Academic Plan: CPS General High School Plan 2005 to 2015

State SIS ID: 624890802
(M)

Guardian: Chestnut, Latasha
Address: 8513 S LAFLIN ST 1FL
Chicago Illinois 60620

(1/17/2025)

(M) Date Graduated:

### ACADEMIC INFORMATION

| | |
|---|---|
| CUMULATIVE WEIGHTED GPA: | 1.6809 |
| CUMULATIVE UNWEIGHTED GPA: | 1.6809 |
| CARNEGIE UNITS ATTEMPTED: | 29.50 |
| CARNEGIE UNITS COMPLETED: | 18.50 |
| CLASS RANK: | 37 |
| CLASS SIZE: | 46 |
| AS OF: | 06/2017 |

### STANDARDIZED SCORES

PRAIRIE STATE ACHIEVEMENT EXAM
READING
MATH
WRITING
SCIENCE
SOCIAL SCI

### HONORS AND ACTIVITIES

TRANSFER CREDITS

*Official Record*
JAN 17 2025
Policy and Procedures
Former Student Records

CPS high schools offer various learning experiences. To better understand each individual high school, please visit the following website
http://www.cps.edu/Schools/High_schools/Pages/Highschools.aspx
Official transcripts are embossed with the school seal
Version: 2.9
(LAST PAGE)
Page 3 of 3