Hi, My name is Shacyra Reed.

I am his 26 year old sister who takes care of him while he's incarcerated. Since my mother passed I've stepped up to take care of all of my siblings. It has been challenging but through the grace of GOD I've been able to maintain.

What would we do without our brother? Living with a single mother and him being the next closest thing to a father for awhile. What would we do without our brother? Filling that void of an absent father of our siblings. A struggling mother of 8 he was taught off survivory. I remember when we had to offer to pump someone gas just to get enough money to get a meal for the day. Living in proverty made it tempting to do the wrong thing. A mistake happened from my brother! We lost our best friend, Our heart, Our mom and he didn't get a chance to say goodbye. Oh brother thank you for showing us how to be strong without our mother. While I do believe everyone should be held accountable for their actions, I ask that you show him mercy.