Dear your honor,

My name is Taniya Johnson, and I am writing this letter on behalf of my brother Anthony Reed.

My Big brother Anthony is a loving family oriented person. He have always been a responsible young man and took on a leadership role in our household due to my mother being a single woman. He loved helping my mom around the house cook, clean and take care of his younger siblings. I've always looked up to him because he was so driven to fix and do things around the house for us to make things easier for our mother. As a young man he loved to work. I remember when my mom started a snowball stand to make extra money and my brother Anthony was so enthusiastic to help her sale the snow balls to support our family. He always use to help neighbors in the community by cutting their grass and taking out their garbage. My brother Anthony is now a amazing father who have always been present and nurturing in his child life.

Your honor , I understand the importance of this situation and respect the legal process.

However, I humbly come to you and ask that you consider my brother Anthony positive qualities.He is deeply remorseful for his actions and will amends to society moving forward.

I believe in his ability to learn from his mistakes and be the respectful man , big brother and father that we know .