**William Hardwicke**

| | |
|---|---|
| From: | Shacyra Reed <shacyrareed11@gmail.com> |
| Sent: | Monday, May 5, 2025 2:05 PM |
| To: | Courtney Reed |
| Cc: | William Hardwicke |
| Subject: | Re: For Anthony |

You don't often get email from shacyrareed11@gmail.com. Learn why this is important

**EXTERNAL SENDER**

On Friday, May 2, 2025, Courtney Reed <courtneyreed0420@gmail.com> wrote:

Courtney Reed

▇▇▇▇▇▇▇

Chicago, IL, 60644

▇▇▇▇▇▇▇

Courtneyreed0420@gmail.com

05/02/2025

To The Honorable Judge,

My name is Courtney Reed and I am writing this letter on behalf of my cousin, Anthony Reed. I appreciate you taking the time to read my words, as I know your position demands difficult decisions and deep discernment.

Anthony has always been more than the worst thing he's ever done. He is a human being with a heart, with people who love him, and with potential that I believe still burns bright despite his current situation. I've known Anthony my whole life, and I've seen both his flaws and his strengths. He's made mistakes, some big ones, but I also know that he wants to change and do better.

He has a family who's ready to support him on that path. We're not excusing anything he's done we just believe he deserves the chance to show he can grow and make things right. He's not just sitting idle, he's reflecting, praying, planning, and hoping. And we're all here backing him up with love, accountability, and structure.

If you could find it in your heart to show him some leniency, I know he won't waste it. We're not asking for a free pass, just a chance. A chance for him to be better. To come home. To do the work. And we will all be there making sure he follows through.

1

Thank you for considering this letter. I trust your wisdom, and I appreciate the weight of the responsibility you carry.

Respectfully,

Courtney Reed.