# Exhibit G
Video of Driver Interview
(Provisional Filed Under Seal)