# Exhibit H
FBI Report
(Provisionally Filed Under Seal)