**edovo**

**OFFICIAL TRANSCRIPT FOR:**
**Anthony Reed**

Jul 10, 2024 - Jul 6, 2025
Kankakee County Jail & Detention Center, IL

## Overview

| TOTAL LEARNING HOURS | COMPLETED COURSE HOURS | SUPPLEMENTAL LEARNING HOURS | COMPLETED COURSES |
|---|---|---|---|
| 72 | 66 | 5 | 53 |

## 53 Courses completed

| Course name | Overview | Time | Status |
|---|---|---|---|
| Thinking for the Future - CBT | Join a group therapy session led by two experts in Cognitive Behavioral Therapy (CBT) -- Jennifer Luther and Dr. Paula Smith. CBT is a form of mental health treatment th... | **Time to pass:** 7 hr 08 min  **Total time:** 7 hr 08 min | PASSED  **Completed:** Jul 28, 2024 |
| PREP Domestic Violence | This course seeks to educate participants about what domestic violence is, how it impacts victims, and how it can be prevented. | **Time to pass:** 4 hr 13 min  **Total time:** 5 hr 01 min | PASSED  **Completed:** May 9, 2025 |
| The Roadtrip Nation Experience | Wondering what to do with your life? Start here. Explore career possibilities that reflect who you are. At Roadtrip Nation, we know what it's like to feel lost because we've be... | **Time to pass:** 3 hr 59 min  **Total time:** 3 hr 59 min | PASSED  **Completed:** Sep 22, 2024 |
| Reading and Writing Mini-lessons | The mini-lessons are meant to help you learn key ideas for how to read and write in English. You do not have to take the course from beginning to end (but you can if you... | **Time to pass:** 3 hr 11 min  **Total time:** 3 hr 41 min | PASSED  **Completed:** Jul 14, 2024 |
| Science - Physical Science | In this course you will learn about the physical sciences, specifically physics and chemistry. The material in this course comes from DCS GED® Prep Online. DCS GED Pre... | **Time to pass:** 2 hr 18 min  **Total time:** 2 hr 18 min | PASSED  **Completed:** Sep 15, 2024 |
| #10-Jesus is Lord, Addiction is Not-WELS-Prison Ministry | Battling addiction can seem hopeless, but nothing is impossible with God. This booklet will help you learn more about Jesus and his power over addiction. May God bless your... | **Time to pass:** 1 hr 08 min  **Total time:** 2 hr 11 min | PASSED  **Completed:** May 20, 2025 |
| Persuading Others | In a workplace that's increasingly connected and less hierarchical, developing your persuasion skills can be one of the most valuable investments you can make. Some... | **Time to pass:** 1 hr 36 min  **Total time:** 2 hr 05 min | PASSED  **Completed:** Jan 2, 2025 |

![edovo]

**OFFICIAL TRANSCRIPT FOR:**
Anthony Reed

Jul 10, 2024 – Jul 6, 2025
Kankakee County Jail & Detention Center, IL

| Course name | Overview | Time | Status |
|---|---|---|---|
| GED Checklist: Your Path to New Opportunities | You've got dreams—your GED is the key to making them happen. Whether it's getting that job, setting an example for your family, or proving to yourself what you're capable... | **Time to pass:** 2 hr 01 min **Total time:** 2 hr 04 min | PASSED **Completed:** Dec 13, 2024 |
| #18-God Helps Me Manage My Anger-WELS-Prison Ministry | Anger is an emotion that God intended for our good. Because sin has confused our thinking, anger is misused and results in actions that hurt other people and even... | **Time to pass:** 1 hr 10 min **Total time:** 2 hr 01 min | PASSED **Completed:** Feb 11, 2025 |
| Computer Basics | This course will teach you basic skills on how to use a computer, explore the Internet for networking or entertainment purposes, create an email account, and use several... | **Time to pass:** 1 hr 59 min **Total time:** 1 hr 60 min | PASSED **Completed:** Sep 14, 2024 |
| Staying Healthy for Beginners | In this course, you will learn basic information about health care, doctors, medicine, healthy food, and staying healthy. The information in this course comes from... | **Time to pass:** 1 hr 40 min **Total time:** 1 hr 43 min | PASSED **Completed:** Feb 20, 2025 |
| #1-Jesus the Christ-WELS-Prison Ministry | The purpose of this course is to help you learn the simple truth about who Jesus is and why he is so important. May God help you to learn more about Jesus Christ and... | **Time to pass:** 0 hr 46 min **Total time:** 1 hr 32 min | PASSED **Completed:** May 18, 2025 |
| LISTEN & RESPOND: EVERYTHING'S GONNA TUR... | This course uses the record "Everything's Gonna Turn Out Fine" as a creative object lesson. There are seven lessons. The first asks you to listen to the whole record (13... | **Time to pass:** 1 hr 30 min **Total time:** 1 hr 32 min | PASSED **Completed:** Sep 13, 2024 |
| Construction Management: Managing Risk | Risk is an inherent part of construction and an integral part of the construction manager's job. Over the course of a project, you may have to manage compliance and... | **Time to pass:** 1 hr 31 min **Total time:** 1 hr 31 min | PASSED **Completed:** Sep 10, 2024 |
| Managing Anger God's Way | Anger is a God-given emotion, not a behavior. It is neither good nor bad, though it excites good or bad behavior depending on our inner spiritual condition. In this study... | **Time to pass:** 1 hr 31 min **Total time:** 1 hr 31 min | PASSED **Completed:** Jan 1, 2025 |
| How Can I STOP My Anger? | HOW DARE YOU! WHAT IS THIS?! I COULD JUST...! Anger can be a hard emotion to deal with. It can push you to act in a way that you would never imagine. Anger can cause you... | **Time to pass:** 1 hr 30 min **Total time:** 1 hr 30 min | PASSED **Completed:** Sep 13, 2024 |

**edovo**

OFFICIAL TRANSCRIPT FOR:
Anthony Reed

Jul 10, 2024 - Jul 6, 2025
Kankakee County Jail & Detention Center, IL

| Course name | Overview | Time | Status |
| --- | --- | --- | --- |
| Ask Ramit - Career and Personal Finance Advice | This course will take you through the career and finance advice of Ramit Sethi. His writing features ways to find your dream job, improve your finances, and succeed at eve... | **Time to pass:** 1 hr 27 min<br>**Total time:** 1 hr 27 min | PASSED<br>**Completed:** Sep 11, 2024 |
| Job Seeking with a Criminal Record | Looking for a job can be challenging, but if you have a criminal record, it can be especially difficult. In this course, reentry employment expert Genevieve Rimer show... | **Time to pass:** 1 hr 20 min<br>**Total time:** 1 hr 20 min | PASSED<br>**Completed:** Sep 12, 2024 |
| Business Basics: Intro to Budgeting, Taxes, and... | Planning to start your own business after release? This course offers the foundational knowledge you need to get started the right way. Each short lesson breaks down... | **Time to pass:** 1 hr 05 min<br>**Total time:** 1 hr 15 min | PASSED<br>**Completed:** May 19, 2025 |
| Keeping Kids Safe in the Digital World | Intro: With access to technology and social media, kids are becoming increasingly vulnerable to those who would exploit them or do them harm. This course gives practical... | **Time to pass:** 1 hr 06 min<br>**Total time:** 1 hr 06 min | PASSED<br>**Completed:** Sep 10, 2024 |
| Social Studies - U.S. History | In this course you will practice the skills necessary for the U.S. History segment of the GED test. You will read summaries and primary source documents and answer... | **Time to pass:** 1 hr 05 min<br>**Total time:** 1 hr 05 min | PASSED<br>**Completed:** Sep 9, 2024 |
| Science - Earth and Space Science | In this course you will learn about basic Earth science, such as geology and nutrient cycles. You will then learn about Earth's position in the universe and related space... | **Time to pass:** 1 hr 05 min<br>**Total time:** 1 hr 05 min | PASSED<br>**Completed:** Sep 10, 2024 |
| Anger Management | This course will help you to learn to manage anger, stop violence or the threat of violence, develop self-control over thoughts and actions, and receive support and... | **Time to pass:** 0 hr 33 min<br>**Total time:** 1 hr 04 min | PASSED<br>**Completed:** Sep 10, 2024 |
| Introduction to Carpentry | A job in carpentry is not hard to get since you do not have to go to school for it, and it can be very rewarding. Throughout this course, you will learn about the basics of a... | **Time to pass:** 0 hr 58 min<br>**Total time:** 0 hr 58 min | PASSED<br>**Completed:** Mar 12, 2025 |
| Grow with Google: Track Your Job Search... | In Track Your Job Search Progress you will learn how to track the progress of their job search using Google Sheets. Brought to you by Grow with Google. Achieve the followin... | **Time to pass:** 0 hr 56 min<br>**Total time:** 0 hr 56 min | PASSED<br>**Completed:** May 8, 2025 |

**OFFICIAL TRANSCRIPT FOR:**
**Anthony Reed**

Jul 10, 2024 – Jul 6, 2025
Kankakee County Jail & Detention Center, IL

| Course name | Overview | Time | Status |
| --- | --- | --- | --- |
| Social Studies - Civics and Government | This course covers topics to help you prepare for the Social Studies section of the GED, with a focus on civics and government. Specifically, you will learn about how... | **Time to pass:** 0 hr 51 min **Total time:** 0 hr 55 min | PASSED **Completed:** Sep 9, 2024 |
| Math - Addition, Subtraction, Multiplication... | The material in this course comes from DCS GED® Prep Online. DCS GED® Prep Online was created and is operated by Diversified Computer Services, a private company... | **Time to pass:** 0 hr 49 min **Total time:** 0 hr 54 min | PASSED **Completed:** Sep 11, 2024 |
| Stressful Life Events | Post-traumatic stress disorder (PTSD) is a mental health disorder developed by either witnessing or experiencing terrifying events. Throughout this course, you'll learn the... | **Time to pass:** 0 hr 51 min **Total time:** 0 hr 51 min | PASSED **Completed:** Sep 10, 2024 |
| Grow with Google: Prepare for a Successful J... | The most important step to landing a job is being prepared for your interviews. By doing some preparation you'll feel more in control, and will appear cool, calm, and collected a... | **Time to pass:** 0 hr 51 min **Total time:** 0 hr 51 min | PASSED **Completed:** May 7, 2025 |
| Introduction to the 2nd Opportunity Programs | Winner of Cook County Sheriff's Office 2022 Reentry Initiative, The 2nd Opportunity Learning Path is designed for men and women inside jails and prisons preparing f... | **Time to pass:** 0 hr 50 min **Total time:** 0 hr 50 min | PASSED **Completed:** Sep 14, 2024 |
| Career Exploration: Construction Industry | This course is intended to give you an overview and insight into careers in the field of construction. With a blend of industry information and exploratory videos, this... | **Time to pass:** 0 hr 43 min **Total time:** 0 hr 43 min | PASSED **Completed:** Apr 4, 2025 |
| Career Exploration: Information Technology | The technology field is constantly evolving, and new jobs that you might not be aware of are continually emerging. Throughout this course, you will learn about some job field... | **Time to pass:** 0 hr 29 min **Total time:** 0 hr 40 min | PASSED **Completed:** Sep 11, 2024 |
| ServSafe Food and Alcohol Safety Exams | In this course you will learn about proper handling of food and alcohol and prepare for the ServSafe certification exams. This certification from the National Restaurant... | **Time to pass:** 0 hr 37 min **Total time:** 0 hr 40 min | PASSED **Completed:** Mar 20, 2025 |
| How Do I Change? | This course, developed by Prison Fellowship, will give you a brief overview of the process of change. It includes helpful information about why change is difficult... | **Time to pass:** 0 hr 38 min **Total time:** 0 hr 38 min | PASSED **Completed:** Sep 12, 2024 |

**OFFICIAL TRANSCRIPT FOR:**
Anthony Reed

Jul 10, 2024 – Jul 6, 2025
Kankakee County Jail & Detention Center, IL

| Course name | Overview | Time | Status |
|---|---|---|---|
| Impact: Families & Addiction | A drug prevention course using the film "Son to Son" as its base. It focuses on several key themes and topics related to substance abuse prevention and awareness. "Son to... | **Time to pass:** 0 hr 34 min **Total time:** 0 hr 34 min | PASSED **Completed:** Mar 12, 2025 |
| Introduction to Community & Leadership with The... | The Phoenix is more than fitness and meditation- we are a community full of inspiring leaders! This course is an introduction to concepts that are important... | **Time to pass:** 0 hr 33 min **Total time:** 0 hr 33 min | PASSED **Completed:** Feb 12, 2025 |
| Career Exploration: Marketing, Sales, and... | There are many opportunities in the marketing, sales, and service industries. This course will introduce you to some of these positions. Throughout this course, y... | **Time to pass:** 0 hr 32 min **Total time:** 0 hr 32 min | PASSED **Completed:** May 8, 2025 |
| PONYXPRESS JOURNAL & SELF-GUIDED WRITING | An editorial team from the prisoner-run Lakota Oyate-ki Culture Club at Oregon State Penitentiary works with Bridgeworks Oregon mentors Tracy Schlapp and Danny... | **Time to pass:** 0 hr 29 min **Total time:** 0 hr 29 min | PASSED **Completed:** Sep 12, 2024 |
| Introduction to Electrical Studies | Skilled electricians and engineers work behind the scenes to ensure that we receive a continuous supply of electric power. In order to do this, they need to have a... | **Time to pass:** 0 hr 27 min **Total time:** 0 hr 29 min | PASSED **Completed:** Mar 12, 2025 |
| Houses of Healing: The Basics | Houses of Healing has made a truly life-changing difference for thousands of incarcerated people. As one participant wrote... "I could not see myself making the... | **Time to pass:** 0 hr 29 min **Total time:** 0 hr 29 min | PASSED **Completed:** Sep 12, 2024 |
| Career Exploration: Business, Management... | Business, management, and administration make up various job fields. This lesson will teach you about some of those fields. Throughout this course, you will learn abo... | **Time to pass:** 0 hr 27 min **Total time:** 0 hr 28 min | PASSED **Completed:** Apr 4, 2025 |
| Fentanyl and How to Test for it in Your Drugs | Delve into the topic of fentanyl—a potent synthetic opioid—and explore various aspects related to drug contamination, opioid overdose, the usage of fentanyl test... | **Time to pass:** 0 hr 17 min **Total time:** 0 hr 26 min | PASSED **Completed:** Sep 13, 2024 |
| Social Studies - Geography | In this course you will learn important geography concepts that will help you succeed on the Social Studies portion of the GED exam. You will learn subjects such as... | **Time to pass:** 0 hr 26 min **Total time:** 0 hr 26 min | PASSED **Completed:** Sep 12, 2024 |

**Anthony's Learner ID:** 503065

**OFFICIAL TRANSCRIPT FOR:**
**Anthony Reed**

Jul 10, 2024 – Jul 6, 2025
Kankakee County Jail & Detention Center, IL

| Course name | Overview | Time | Status |
| --- | --- | --- | --- |
| How to Reverse an Opioid Overdose | Explore the vital topic of naloxone—an opioid overdose reversal medication. We will delve into what naloxone is, how it works, where to obtain it in the community, the... | **Time to pass:** 0 hr 22 min **Total time:** 0 hr 22 min | PASSED **Completed:** Sep 13, 2024 |
| Career Exploration: Human Services | In this course you will learn about jobs in the field of Human Services. As you read, think about what jobs may be interesting to you. This course was created with in formation... | **Time to pass:** 0 hr 22 min **Total time:** 0 hr 22 min | PASSED **Completed:** Apr 4, 2025 |
| Five Things You Need to Know About Memory Loss... | We all change as we age, but that doesn't mean everyone will lose their memory. You will learn about memory loss and other ways the brain changes due to Alzheimer's... | **Time to pass:** 0 hr 22 min **Total time:** 0 hr 22 min | PASSED **Completed:** May 19, 2025 |
| Managing My Emotions | Are you feeling mad? Happy? Frustrated? Fearful? Sad? The ability to recognize and manage emotions is an important skill in everyday situations and comes in handy... | **Time to pass:** 0 hr 20 min **Total time:** 0 hr 20 min | PASSED **Completed:** Feb 10, 2025 |
| Understanding Drainage and Water Distribution... | Understanding Drainage and Water Distribution Systems is a course by USAID, and is designed for anyone who wants to get a better understanding of the drain, waste,... | **Time to pass:** 0 hr 19 min **Total time:** 0 hr 19 min | PASSED **Completed:** Apr 6, 2025 |
| Introduction to Legal Studies | Legal studies is a branch of study that focuses on how the law affects and interacts with many aspects of our life. Throughout this course, you will learn about the... | **Time to pass:** 0 hr 13 min **Total time:** 0 hr 18 min | PASSED **Completed:** Mar 20, 2025 |
| Career Exploration: Manufacturing | In this course you will learn about jobs in the field of Manufacturing. As you read, think about which jobs may interest you, and what steps you can take to pursue that career... | **Time to pass:** 0 hr 16 min **Total time:** 0 hr 17 min | PASSED **Completed:** Apr 4, 2025 |
| Introduction to Commercial Driving | Commercial drivers include delivery truck drivers, long-haul truckers, and school and charter bus drivers. In this course you will learn what it means to be a commercial... | **Time to pass:** 0 hr 08 min **Total time:** 0 hr 16 min | PASSED **Completed:** Apr 6, 2025 |
| Criminal Process: The Basics | The legal process is very complicated and can be difficult to understand. In this course you will learn about the criminal process from arrest to sentencing. This course is n... | **Time to pass:** 0 hr 16 min **Total time:** 0 hr 16 min | PASSED **Completed:** Sep 12, 2024 |

**OFFICIAL TRANSCRIPT FOR:**
Anthony Reed

Jul 10, 2024 – Jul 6, 2025
Kankakee County Jail & Detention Center, IL

| Course name | Overview | Time | Status |
|---|---|---|---|
| Mossimo Giannulli: Personal Leadership... | Attitude may be essential to success. If we want to reach our highest potential, we need to make a 100% commitment to success, as we've defined it. | **Time to pass:** 0 hr 14 min **Total time:** 0 hr 14 min | PASSED **Completed:** Jan 4, 2025 |

**Anthony's Learner ID:** 503065

Page 7 of 8

## Supplemental Learning - 5 hr 07 min

| Summary |
|---|
| Listed below are the top **12** supplemental interactive learning items Anthony has spent time on. In addition, Anthony has engaged with **4 readings** and **17 learning videos**. |

| Title | Time |
|---|---|
| Construction Management Foundations | 1 hr 42 min |
| TYRO Greatness: Principles for a Healthy Relationship | 0 hr 39 min |
| Dream Big, Start Small: RTA and Life Lessons from Sing Sing | 0 hr 27 min |
| Teach Your Story | 0 hr 25 min |
| Introduction to Changin' Your Game Plan: The Blueprint to Success During and Aft... | 0 hr 25 min |
| Social Studies - Economics | 0 hr 17 min |
| Spanish Language | 0 hr 16 min |
| Beyond Prison, Probation, and Parole | 0 hr 14 min |
| Women Over Dinner | 0 hr 12 min |
| GED Checklist | 0 hr 12 min |
| Computer Skills and Literacy | 0 hr 07 min |
| History of the United States II | 0 hr 05 min |